UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LYNN GROVES,<br><br>       Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, et al.,<br><br>       Defendants. | Case No.: 1:13-cv-00574 AWI JLT<br><br>ORDER GRANTING IN PART STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br><br>(Doc. 11) |

Before the Court is the stipulation of counsel to continue the mandatory scheduling conference from its currently-set date of August 8, 2013 to October 24, 2013. (Doc. 11) Counsel explain that the continuance is needed "due to trials presently on calendar. Id. Exactly how having trials on calendar impacts counsels' ability to appear at the scheduling is not explained. In any event, the Court will **GRANT** the stipulation in part. Unfortunately, the date proposed for the continued conference is not available. Therefore, the Court **ORDERS** the scheduling conference is continued to October 18, 2013 at 8:30 a.m. **No further request to continue the scheduling conference will be entertained.**

IT IS SO ORDERED.

   Dated:  **July 17, 2013**                            **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

1