**THERESA A. GOLDNER, COUNTY COUNSEL**
**By: ANDREW C. THOMSON, DEPUTY (SBN 149057)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**
**Attorneys for County Defendants**

**Thomas A. Brill, Esq. (SBN 125356)**
**Law Offices of Young & Nichols**
**1901 Truxtun Avenue**
**P.O. Box 2347**
**Bakersfield, CA 93303**
**Telephone: 661-861-7911**
**Facsimile: 661-861-7932**
**Attorneys for Plaintiff Terri Lynn Groves**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRI LYNN GROVES,** | **Case No.: 1:13-cv-00574 AWI JLT** |
| **Plaintiff,** | **STIPULATION OF THE PARTIES** |
| **vs.** | **REGARDING A CONTINUANCE OF** |
| | **DISCOVERY AND ALL SUBSEQUENT** |
| **COUNTY OF KERN, JUSTIN** | **DATES, AND ORDER** |
| **WEIDENKOPF,** | |
| | **(Doc. 19)** |
| **Defendants.** | |

    **COME NOW**, the Parties herein, by and through their respective counsel of record: Thomas A. Brill, of the Law Offices of Young & Nichols for plaintiff TERRI LYNN GROVES (hereinafter "Plaintiff"); and Andrew C. Thomson, Deputy, Office of Kern County Counsel, for Defendants COUNTY OF KERN and JUSTIN WEIDENKOPF, (hereinafter collectively "County Defendants"). The Parties, with the authority of their respective clients, agree as follows:

1

1.     The Joint Scheduling Conference was held on October 18, 2013.

2.     The Parties have engaged in the exchange of written discovery consisting of the initial Rule 26 disclosures on November 15, 2013.

3.     The Parties have met and conferred regarding various issues regarding discovery in this matter in an effort to informally resolve various issues.

4.     On June 4, 2014, Defense Counsel learned that he will be unavailable, beginning the week of June 25, 2014, due to surgery and has been informed that he will need to be out of the office for between 2 to 8 weeks after June 25, 2014.

5.     Recently, a substantial issue has arisen regarding the source of the information and the manner in which is entered into Kern CJIS. The Parties have both scheduled depositions regarding this issue, some of which are scheduled around or after June 25, 2014.  Discovery on this issue is continuing and may be critical in this matter.

6.     The Parties need to continue discovery, due to the in ability to complete the depositions regarding the Kern CJIS issue and of other persons most knowledgeable before the pending non-expert discovery cutoff.

7.     Given that the non-expert discovery cutoff is currently August 1, 2014, this would leave no opportunity for follow up non-expert discovery after the completion of the party depositions under the current time constraints.

8.     Based upon the foregoing, good cause exists for a two (2) month continuance of the discovery cut-off and all subsequent dates, including the trial date.

9.     In light of the foregoing, the Parties hereby stipulate that good cause exists to modify the operative case management scheduling order [D.t. Doc. 15] as follows:

The Parties respectfully request that non-expert discovery and all subsequent deadlines shall be continued for approximately, but not less than, two (2) months as set forth below:

\ \ \

\ \ \

\ \ \

\ \ \

**DISCOVERY DEADLINES:**

| | | |
|---|---|---|
| Initial Disclosures: | November 15, 2013 | Completed - No Modification |
| Non Expert Discovery Cut-off: | August 1, 2014 | October 1, 2014 |
| Expert Discovery Cut-off: | September 26, 2014 | November 26, 2014 |

**EXPERT DISCLOSURES**

| | | |
|---|---|---|
| Initial Disclosures: | August 4, 2014 | October 4, 2014 |
| Supplemental Disclosures: | September 8, 2014 | November 7, 2014 |

**DEADLINE TO AMEND PLEADINGS**   January 17, 2014   Completed – No Modification

**NON-DISPOSITIVE MOTION DEADLINES:**

| | | |
|---|---|---|
| Filing: | October 7, 2014 | December  8, 2014 |
| Hearing: | November 4, 2014 | January 6, 2015 |

**DISPOSITIVE MOTION DEADLINES:**

| | | |
|---|---|---|
| Filing: | November 17, 2014 | January 16, 2015 |
| Hearing: | December 29, 2014 | March 2, 2015 |

**SETTLEMENT CONFERENCE:**

| | | |
|---|---|---|
| | January 13, 2015 | March 17, 2015 |

**PRE-TRIAL CONFERENCE:**

| | | |
|---|---|---|
| | February 18, 2015 | April 22, 2015 |

**TRIAL:**   April 14, 2015   June 16, 2015

\ \ \

\ \ \

\ \ \

Stipulation of the Parties Regarding a Continuance of Discovery and All Subsequent Dates; Order

1   **IT IS HEREBY STIPULATED**.

2

3   Dated: June 9, 2014                    YOUNG & NICHOLS

4

5                                          By: /s/ Thomas A. Brill _____
                                               Thomas A. Brill, Esq.
6                                              Attorneys for Plaintiff Terri Lynn Groves

7   Dated: June 9, 2014                    THERESA A. GOLDNER, COUNTY COUNSEL

8

9                                          By: /s/ Andrew C. Thomson _____
                                               Andrew C. Thomson, Deputy
10                                             Attorneys for Defendants County of Kern
                                               and Justin Weidenkopf
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

**<u>ORDER</u>**

2          Based upon the stipulation of counsel and the good cause presented, the Court

3 **ORDERS** the scheduling order amended as follows:

4          1.       All non-expert discovery **SHALL** be completed no later than **October 1, 2014**;

5          2.       The parties **SHALL** disclose their experts no later than **October 4, 2014** and any

6 rebuttal experts no later than **November 7, 2014**;

7          3.       All expert discovery **SHALL** be completed no later than **November 26, 2014**;

8          4.       Nondispositive motions **SHALL** be filed no later than **December 8, 2014** and

9 heard no later than **January 6, 2015;**

10          5.       Dispositive motions **SHALL** be filed no later than **January 16, 2015** and heard

11 no later than **March 9, 2015**;

12          6.       The pretrial conference is reset to **May 5, 2015** at 10:00 a.m., Courtroom 2;

13          7.       The trial is reset to **June 30, 2015** at 8:30 a.m., Courtroom 2;

14          8.       The settlement conference is reset to **March 16, 2015** at 9:30 a.m.

15

16 IT IS SO ORDERED.

17
     Dated:   __**June 9, 2014**__                    _____**/s/ Jennifer L. Thurston**
18                                                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28