UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LYNN GROVES,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00574 AWI JLT<br><br>ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER<br><br>(Doc. 24) |

Before the Court is the stipulation of counsel to continue amend the scheduling order once again. (Doc. 24)  The stipulation details that one of Plaintiff's attorneys has left the firm which has resulted in Plaintiff associating another attorney, Seth O'Dell, as lead counsel. Id. at 2.

Given that Mr. O'Dell has only recently been retained on this matter, the Court finds good cause to modify the scheduling order.  In doing so, counsel are advised that any further modifications to the schedule are unlikely to be granted and that they SHALL redouble their efforts to comply with all further deadlines in this case.  Thus, the Court **ORDERS** the scheduling order modified as follows:

1.  All non-expert discovery SHALL be completed no later than **February 2, 2015**;

2.  All expert discovery SHALL be completed no later than **February 24, 2015**;

3.  The parties SHALL jointly disclose their experts no later than **February 4, 2015**;

4.  The parties SHALL jointly disclose any rebuttal experts no later than **February 9, 2015**;

1

5. Non-dispositive motions, if any, SHALL be filed no later than **March 9, 2015** and heard no later than **April 6, 2015**;

6. Dispositive motions, if any, SHALL be filed no later than **April 16, 2015** and heard no later than **June 1, 2015**;

7. The pretrial conference is CONTINUED to **July 29, 2015** at 10:00 a.m.;

8. The trial is CONTINUED to **September 29, 2015** at 8:30 a.m.;

9. The settlement conference is CONTINUED to **June 17, 2015** at 9:30 a.m.

**No further requests for amendments to the case schedule will be considered absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **September 20, 2014**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE