1  **THERESA A. GOLDNER, COUNTY COUNSEL**
**By: ANDREW C. THOMSON, DEPUTY (SBN 149057)**
2  **Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
3  **Bakersfield, CA 93301**
**Telephone 661-868-3800**
4  **Fax 661-868-3805**
5

6  **Attorneys for Defendants County of Kern**
**and Justin Weidenkopf**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10  **TERRI LYNN GROVES,**                   )  **Case No.: 1:13-cv-00574-AWI-JLT**
                                              )
11                                            )  **STIPULATION FOR DISMISSAL OF**
                                              )  **ENTIRE CASE INCLUDING**
12                    **Plaintiff,**          )  **DEFENDANTS COUNTY OF KERN AND**
                                              )  **JUSTIN WEIDENKOPF; ORDER**
13       **vs.**                              )
                                              )
14  **COUNTY OF KERN, JUSTIN**                )  **Trial date:      September 29, 2015**
15  **WEIDENKOPF**                            )  **Time:            9:00 a.m.**
                                              )  **Courtroom:       2**
16                                            )
                    **Defendants.**           )
17  _____     )

18        **COME NOW** the Parties to this matter, Plaintiff Terri Lynn Groves (hereinafter

19  "Plaintiff" and/or "Groves") through her counsels of record Seth O'Dell Esq., of Swanson

20  O'Dell, APC and Michael Young Esq. of Young & Nichols, and Defendants County of Kern

21  (hereinafter "County") and Justin Weidenkopf (hereinafter "Weidenkopf") (collectively

22  hereafter "County Defendants") through their counsel of record Andrew C. Thomson, Deputy,

23  of the Kern County Counsel's Office, and provide as follows:

24        **IT IS HEREBY STIPULATED**, by and between the Parties to this action through their

25  designated counsel, that the above-captioned action be dismissed with prejudice in its entirety as

26  to any complaint, allegation and/or cause of action against any and all Defendants including

27  County and Weidenkopf.  More specifically, the Parties stipulate to the dismissal of the entire

28  action and applicable complaint of Plaintiff Terri Lynn Groves against Defendants County of

1

Kern and Justin Weidenkopf in United States District Court, Eastern District Of California, Case No.: 1:13-cv-00574 AWI JLT

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of its/their own costs and attorney's fees with respect to this litigation except as may be otherwise provide in any settlement as further delineated in any corresponding Release and Settlement Agreement.

Dated: April 17, 2015                     **SWANSON O'DELL, APC**


                                          By:   /s/ Seth O'Dell
                                             Seth O'Dell, Esq.
                                             Attorneys for Plaintiff

Dated: April 17, 2015                     **LAW OFFICE OF YOUNG & NICHOLS**


                                          By:   /s/ Michael Young
                                             Michael Young, Esq.
                                             Attorneys for Plaintiff

Dated: April 17, 2015                     THERESA A. GOLDNER, COUNTY COUNSEL


                                          By:   /s/ Andrew C. Thomson
                                             Andrew C. Thomson, Deputy
                                             Attorneys for Defendants County of Kern
                                             and Justin Weidenkopf



                                          **ORDER**


IT IS SO ORDERED.

Dated:   April 20, 2015         _____

                                          SENIOR  DISTRICT  JUDGE